UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  RODRIGUEZ, MARCOS  § Case No. 09-05612
        RODRIGUEZ, BEATRIZ §
                           §
Debtor(s)                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Will County Court Annex Building, 57 North Ottawa Street, Joliet, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/23/2010 in Courtroom 201, Will County Court Annex Building, 57 North Ottawa Street, Joliet, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (9/1/2009)

Date Mailed: 06/15/2010                    By:    /s/DEBORAH K. EBNER
                                                  Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: RODRIGUEZ, MARCOS  § Case No. 09-05612
RODRIGUEZ, BEATRIZ  §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of   $   129,906.56

and approved disbursements of   $   81,762.80

leaving a balance on hand of [1]   $   48,143.76

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | DEBORAH K. EBNER | $ 9,745.18 | $ 24.00 |
| Attorney for trustee | Deborah K. Ebner, ESQ. | $ 2,050.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Lois West | $ 1,483.50 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

|  |  |  |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  | N/A |  |  |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 106,385.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,501.45 | $ 2,129.23 |
| 2 | PYOD LLC for Citibank | $ 593.39 | $ 194.34 |
| 3 | PYOD LLC for Citibank | $ 3,702.95 | $ 1,212.72 |
| 4 | PYOD LLC for Citibank | $ 8,826.34 | $ 2,890.63 |
| 5 | PYOD LLC for Citibank | $ 3,886.34 | $ 1,272.77 |
| 6 | PYOD LLC for Citibank | $ 22,408.16 | $ 7,338.66 |
| 7 | PYOD LLC for Citibank | $ 6,979.32 | $ 2,285.72 |
| 8 | PYOD LLC for Citibank | $ 163.03 | $ 53.39 |
| 9 | Chase Bank USA NA | $ 1,580.53 | $ 517.62 |
| 10 | Chase Bank USA, N.A. | $ 4,334.12 | $ 1,419.42 |
| 11 | Chase Bank USA, N.A. | $ 2,659.74 | $ 871.06 |
| 12 | Chase Bank USA, N.A. | $ 11,484.67 | $ 3,761.22 |
| 13 | Chase Bank USA, N.A. GE Money Bank dba | $ 822.37 | $ 269.33 |

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| 14 | SYMS/GEMB | $ 619.42 | $ 202.86 |
| 15 | GE Money Bank dba BANANA REPUBLIC | $ 196.45 | $ 64.34 |
| 16 | GE Money Bank dba MEIJER | $ 131.06 | $ 42.92 |
| 17 | GE Money Bank dba AMERICAN EAGLE | $ 286.21 | $ 93.73 |
| 18 | GE Money Bank dba SAM'S CLUB | $ 918.95 | $ 300.96 |
| 19 | GE Money Bank dba GAP | $ 382.97 | $ 125.42 |
| 20 | Fia Card Services./American Infosource Lp As its agent | $ 18,418.30 | $ 6,031.99 |
| 21 | Fia Card Services/American Infosource Lp as its agent | $ 6,712.74 | $ 2,198.42 |
| 22 | Fia Card Services./American Infosource Lp as its agent | $ 4,776.60 | $ 1,564.33 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment
                        N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment
                        N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (9/1/2009)

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 2                  Date Rcvd: Jun 16, 2010
Case: 09-05612                Form ID: pdf006              Total Noticed: 51


The following entities were noticed by first class mail on Jun 18, 2010.
db/jdb       +Marcos Rodriguez,   Beatriz Rodriguez,   12919 Meadow Ln.,   Plainfield, IL 60585-1790
aty          +Deborah K Ebner,   Law Office of Deborah Kanner Ebner,   11 E Adams St Ste 904,
               Chicago, IL 60603-6306
aty          +Konstantine T. Sparagis,   Law Offices of Konstantine Sparagis P C,   8 S Michigan Ave 27th Fl,
               Chicago, IL 60603-3357
tr           +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
13553733     +Bank of America,   NC4-105-03-14,   4161 Piedmont Pkwy.,   Greensboro, NC 27410-8110
13553732     +Bank of America,   Attn: Bankruptcy NC4-105-02-99,   P.O. Box 26012,   Greensboro, NC 27420-6012
13553735     +Chase,   Attn: Bankruptcy Dept.,   P.O. Box 100018,   Kennesaw, GA 30156-9204
13553736     +Chase - CC,   Attn: Bankruptcy Dept.,   P.O. Box 15298,   Wilmington, DE 19850-5298
14995996      Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
14997560      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15081771     +Chase Bank USA, N.A.,   C/O Creditors Bankruptcy Service,   P.O. Box 740933,
               Dallas, TX 75374-0933
13553738     +Chase Manhattan Mtg.,   3415 Vision Drive,   Columbus, OH 43219-6009
13553739     +Citi,   Attn: Centralized Bankruptcy,   P.O. Box 20507,   Kansas City, MO 64195-0507
13553742     +Citibank,   701 E. 60th St.,   Sioux Falls, SD 57104-0493
13553743     +Citibank USA/Home Depot,   Attn: Centralized Bankruptcy,   P.O. Box 20507,
               Kansas City, MO 64195-0507
13553744     +Codilis & Associates,   15W030 N. Frontage Road, Ste. 100,   Willowbrook, IL 60527-6921
13553747     +DSNB Macy’s,   Attn: Bankruptcy,   6356 Corley Rd.,   Norcross, GA 30071-1704
15183536     +GE Money Bank dba SYMS/GEMB,   Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,
               Miami FL 33131-1605
13553748     +GEMB/American Eagle,   833 Broadway,   Albany, NY 12207-2415
13553752     +GMAC Mortgage,   Attn: Bankruptcy Dept.,   1100 Virginia Dr.,   Fort Washington, PA 19034-3204
13553753    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/mnrds,   Attn: Bankruptcy,   P.O. Box 15522,
               Wilmington, DE 19850)
13553754     +JB Robinson,   Attn: Bankruptcy,   P.O. Box 1799,   Akron, OH 44309-1799
13553757     +Nissan Motor Acceptance,   P.O. Box 660366,   Dallas, TX 75266-0366
14981300     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
13553760     +Sears/Cbsd,   P.O. Box 6189,   Sioux Falls, SD 57117-6189
13553763     +TNB-Visa,   P.O. Box 9475,   Minneapolis, MN 55440-9475
13553762     +The Limited,   P.O. Box 182125,   Columbus, OH 43218-2125
13553765     +Unvl/Citi,   Attn: Centralized Bankruptcy,   P.O. Box 20507,   Kansas City, MO 64195-0507
13553768    ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,   Attn: Credit Dept.,   6565 Brady,   Davenport, IA 52806)
13553766     +Van Ru Credit,   10024 Skokie Blvd,   Skokie, IL 60077-1037
13553767     +Victoria’s Secret,   P.O. Box 182128,   Columbus, OH 43218-2128
13553771     +WFNNB - Eddie Bauer,   220 W Schrock Rd,   Westerville, OH 43081-2873
13553772     +WFNNB/Ann Taylor,   P.O. Box 182125,   Columbus, OH 43218-2125
13553769     +Washington Mutual/Providian,   Attn: Bankruptcy Dept.,   P.O. Box 10467,
               Greenville, SC 29603-0467

The following entities were noticed by electronic transmission on Jun 16, 2010.
aty           +E-mail/Text: cignettolaw@yahoo.com                          Carleen L Cignetto,
               Carleen L Cignetto,   2 Dearborn Square,   Suite 2,   Kankakee, IL 60901-3960
13553731      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:59      Banana Republic,   P.O. Box 530942,
               Atlanta, GA 30353-0942
14957727       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2010 02:15:01      DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13553746      +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2010 02:15:01      Discover Financial,
               Attn: Bankruptcy Dept.,   P.O. Box 3025,   New Albany, OH 43054-3025
15375704       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2010 02:14:41
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
15312455      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:58      GE Money Bank dba AMERICAN EAGLE,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15312449      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:59      GE Money Bank dba BANANA REPUBLIC,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15312484      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:59      GE Money Bank dba GAP,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15312451      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:58      GE Money Bank dba MEIJER,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15312456      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:58      GE Money Bank dba SAM’S CLUB,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13553749      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:59      GEMB/Gap,   Attn: Bankruptcy,
               P.O. Box 103106,   Roswell, GA 30076-9106
13553750      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:20:00      GEMB/Meijer,   Attn: Bankruptcy,
               P.O. Box 103104,   Roswell, GA 30076-9104
13553751      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:20:00      GEMB/syms,   P.O. Box 960061,
               Orlando, FL 32896-0061
13553755      +E-mail/PDF: cr-bankruptcy@kohls.com Jun 17 2010 02:17:18      Kohls,   Attn: Recovery,
               P.O. Box 3120,   Milwaukee, WI 53201-3120
13553756       E-mail/Text: bankrup@nicor.com                              Nicor Gas,   Attn: Bankruptcy Dept.,
               1844 Ferry Rd.,   Aurora, IL 60507
13553758      +E-mail/Text: bnc@nordstrom.com                              Nordstrom FSB,   Attn: Bankruptcy Dept.,
               P.O. Box 6566,   Englewood, CO 80155-6566
13553759      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:58      Sams Club,   Attn: Bankruptcy,
               P.O. Box 103106,   Roswell, GA 30076-9106
                                                                                              TOTAL: 17
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                  Date Rcvd: Jun 16, 2010
Case: 09-05612                Form ID: pdf006              Total Noticed: 51

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Law Office of Deborah K Ebner
13553734*      +Bank of America,    Attn: Bankruptcy NC4-105-02-99,    P.O. Box 26012,    Greensboro, NC 27420-6012
13553737*      +Chase - CC,    Attn: Bankruptcy Dept.,    P.O. Box 15298,    Wilmington, DE 19850-5298
13553740*      +Citi,    Attn: Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
13553741*      +Citi,    Attn: Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
13553745*      +Codilis & Associates,    15W030 N. Frontage Road, Ste. 100,    Willowbrook, IL 60527-6921
13553761*      +Sears/Cbsd,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
13553764*      +TNB-Visa,    P.O. Box 9475,    Minneapolis, MN 55440-9475
13553770*      +Washington Mutual/Providian,    Attn: Bankruptcy Dept.,    P.O. Box 10467,
                 Greenville, SC 29603-0467
                                                                                              TOTALS: 1, * 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2010**                    **Signature:**       _Joseph Speetjens_