# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: RODRIGUEZ, MARCOS            Case No.  09-05612
RODRIGUEZ, BEATRIZ

_____ ,
                    Debtors            Chapter   7

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00                    Assets Exempt:   $81,725.00

Total Distribution to Claimants: $99,210.42      Claims Discharged
                                            Without Payment: $114,914.76

Total Expenses of Administration:  $30,698.91

3)  Total gross receipts of $   129,909.33  (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      0.00       (see **Exhibit 2** ), yielded net receipts of $129,909.33
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $349,099.00 | $0.00 | $0.00 | $63,729.07 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,483.50 | 30,698.91 | 30,698.91 | 30,698.91 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 145,548.00 | 106,385.11 | 106,385.11 | 35,481.35 |
| **TOTAL DISBURSEMENTS** | $496,130.50 | $137,084.02 | $137,084.02 | $129,909.33 |

4) This case was originally filed under Chapter 7 on February 21, 2009.
. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/30/2010            By: /s/DEBORAH K. EBNER
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate Location: 5023 Joy Dr., Midland | 1110-000 | 129,900.00 |
| Interest Income | 1270-000 | 9.33 |
| **TOTAL GROSS RECEIPTS** | | $129,909.33 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Manhattan MTG | 4110-000 | 64,573.00 | N/A | N/A | 63,729.07 |
| GMAC Mortgage | 4110-000 | 269,267.00 | N/A | N/A | 0.00 |
| Nissan Motor Acceptance | 4210-000 | 13,627.00 | N/A | N/A | 0.00 |
| JB Robinson | 4220-000 | 1,632.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $349,099.00 | $0.00 | $0.00 | $63,729.07 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lois West | 3410-000 | N/A | 1,483.50 | 1,483.50 | 1,483.50 |
| DEBORAH K. EBNER | 2100-000 | N/A | 9,745.18 | 9,745.18 | 9,745.18 |
| DEBORAH K. EBNER | 2200-000 | N/A | 24.00 | 24.00 | 24.00 |
| Illinois Department of Revenue | 2690-000 | N/A | 104.00 | 104.00 | 104.00 |
| Illinois Department of Revenue | 2690-000 | N/A | 104.00 | 104.00 | 104.00 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 1,412.50 | 1,412.50 | 1,412.50 |
| Victoria Printz Team Raltors | 3510-000 | N/A | 3,897.00 | 3,897.00 | 3,897.00 |
| The Real Estate Banch | 3510-000 | N/A | 3,897.00 | 3,897.00 | 3,897.00 |
| West Texas Abstract & Title Co. | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| Law Office of G. Lance Holland PC | 2500-000 | N/A | 175.00 | 175.00 | 175.00 |
| Ad Valorem Tax Service | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| West Texas Abstract & Title | 2500-000 | N/A | 40.00 | 40.00 | 40.00 |
| Allied Home Warranty | 2500-000 | N/A | 350.00 | 350.00 | 350.00 |
| Reyes Roofing | 2500-000 | N/A | 7,466.00 | 7,466.00 | 7,466.00 |
| Option fee | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| OTP Guaranty | 2500-000 | N/A | 5.00 | 5.00 | 5.00 |
| Portion of Owners Policy | 2500-000 | N/A | 1,003.00 | 1,003.00 | 1,003.00 |
| City Property taxes | 2500-000 | N/A | 512.43 | 512.43 | 512.43 |
| County Property taxes | 2500-000 | N/A | 55.30 | 55.30 | 55.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 30,698.91 | 30,698.91 | 30,698.91 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | 6,103.00 | 6,501.45 | 6,501.45 | 2,168.35 |
| PYOD LLC for Citibank | 7100-000 | 552.00 | 593.39 | 593.39 | 197.91 |
| PYOD LLC for Citibank | 7100-000 | 3,459.00 | 3,702.95 | 3,702.95 | 1,235.00 |
| PYOD LLC for Citibank | 7100-000 | 8,251.00 | 8,826.34 | 8,826.34 | 2,943.74 |
| PYOD LLC for Citibank | 7100-000 | 3,597.00 | 3,886.34 | 3,886.34 | 1,296.16 |
| PYOD LLC for Citibank | 7100-000 | 21,530.00 | 22,408.16 | 22,408.16 | 7,473.52 |
| PYOD LLC for Citibank | 7100-000 | 6,541.00 | 6,979.32 | 6,979.32 | 2,327.73 |
| PYOD LLC for Citibank | 7100-000 | 563.00 | 163.03 | 163.03 | 54.37 |
| Chase Bank USA NA | 7100-000 | 1,432.00 | 1,580.53 | 1,580.53 | 527.14 |
| Chase Bank USA, N.A. | 7100-000 | 4,148.00 | 4,334.12 | 4,334.12 | 1,445.51 |
| Chase Bank USA, N.A. | 7100-000 | 2,452.00 | 2,659.74 | 2,659.74 | 887.07 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | 11,042.00 | 11,484.67 | 11,484.67 | 3,830.34 |
| Chase Bank USA, N.A. | 7100-000 | 736.00 | 822.37 | 822.37 | 274.28 |
| GE Money Bank dba SYMS/GEMB | 7100-000 | 513.00 | 619.42 | 619.42 | 206.59 |
| GE Money Bank dba BANANA REPUBLIC | 7100-000 | 218.00 | 196.45 | 196.45 | 65.52 |
| GE Money Bank dba MEIJER | 7100-000 | 129.00 | 131.06 | 131.06 | 43.71 |
| GE Money Bank dba AMERICAN EAGLE | 7100-000 | 218.00 | 286.21 | 286.21 | 95.46 |
| GE Money Bank dba SAM'S CLUB | 7100-000 | 868.00 | 918.95 | 918.95 | 306.49 |
| GE Money Bank dba GAP | 7100-000 | 347.00 | 382.97 | 382.97 | 127.73 |
| Fia Card Services,/American Infosource Lp As its agent | 7100-000 | 17,920.00 | 18,418.30 | 18,418.30 | 6,142.83 |
| Fia Card Services/American Infosource Lp as its agent | 7100-000 | 6,432.00 | 6,712.74 | 6,712.74 | 2,238.82 |
| Fia Card Services,/American Infosource Lp as its agent | 7100-000 | 4,486.00 | 4,776.60 | 4,776.60 | 1,593.08 |
| TNB-Visa | 7100-000 | 1,831.00 | N/A | N/A | 0.00 |
| DSNB Macy's | 7100-000 | 976.00 | N/A | N/A | 0.00 |
| The Limited | 7100-000 | 3.00 | N/A | N/A | 0.00 |
| Washington Mutual/Providan | 7100-000 | 5,247.00 | N/A | N/A | 0.00 |
| Citibank | 7100-000 | 22,217.00 | N/A | N/A | 0.00 |
| WFNNB-Eddie Bauer | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| WFNNB-Ann Taylor | 7100-000 | 756.00 | N/A | N/A | 0.00 |
| Van Ru Credit | 7100-000 | 228.00 | N/A | N/A | 0.00 |
| Codilis & Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Von Maur | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| Victoria's Secret | 7100-000 | 187.00 | N/A | N/A | 0.00 |
| TNB-Visa | 7100-000 | 11,363.00 | N/A | N/A | 0.00 |
| Nordstrom | 7100-000 | 163.00 | N/A | N/A | 0.00 |
| Codilis & Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| HSBC/mnrds | 7100-000 | 758.00 | N/A | N/A | 0.00 |
| Nicor Gas | 7100-000 | 183.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 145,548.00 | 106,385.11 | 106,385.11 | 35,481.35 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| Case Number: 09-05612 | Trustee:    (330480)   DEBORAH K. EBNER |
| Case Name:    RODRIGUEZ, MARCOS | Filed (f) or Converted (c): 02/21/09 (f) |
|                       RODRIGUEZ, BEATRIZ | §341(a) Meeting Date: 03/23/09 |
| Period Ending: 09/30/10 | Claims Bar Date: 04/09/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate Location: 12919 Meadow, IL | 269,500.00 | 0.00 | | 0.00 | FA |
| 2 | Real Estate Location: 5023 Joy Dr., Midland | 149,500.00 | 84,927.00 | | 129,900.00 | FA |
| 3 | Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account with West Suburban Bank, Glenda | 1,413.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account with West Suburban Bank, Glenda | 186.00 | 0.00 | | 0.00 | FA |
| 6 | Business Checking Account with West Suburban Ban | 497.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account at Credit Union | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous Household Goods | 2,000.00 | 228.00 | | 0.00 | FA |
| 9 | Miscellaneous Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 11 | Miscellaneous Costume Jewelry | 1,632.00 | 0.00 | | 0.00 | FA |
| 12 | Term-life insurance through Penn Life, no cash v | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Whole-life policy with Met Life, no current cash | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Pension | Unknown | 0.00 | | 0.00 | FA |
| 15 | Profit Share with Met Life | 40,000.00 | 0.00 | | 0.00 | FA |
| 16 | MRZ Doors (sole proprietorship) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | Est. 2008 Tax Refund | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 18 | 2002 GMC Savana 138.5k miles | 2,925.00 | 0.00 | | 0.00 | FA |
| 19 | 1994 Saab 900 138k miles | 790.00 | 790.00 | | 0.00 | FA |
| 20 | 2005 Nissan Pathfinder 60k miles | 9,135.00 | 0.00 | | 0.00 | FA |
| 21 | Hand Tools | 2,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 9.33 | FA |
| 22 | **Assets        Totals** (Excluding unknown values) | **$483,378.00** | **$88,445.00** | | **$129,909.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

LINDA (04-13-10): This case doesn't need any claims objections.  It's all credit card companies and they all look legit.  I reviewed them all and compared them with the schedules.  If you want a memo for the file stating this, please let me know.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 09-05612 | **Trustee:** (330480)  DEBORAH K. EBNER | |
| **Case Name:** RODRIGUEZ, MARCOS | **Filed (f) or Converted (c):** 02/21/09 (f) | |
| RODRIGUEZ, BEATRIZ | **§341(a) Meeting Date:** 03/23/09 | |
| **Period Ending:** 09/30/10 | **Claims Bar Date:** 04/09/10 | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Order Granting Application For Compensation (Related Doc # [41]). Lois West, fees awarded: $1,483.50, expenses awarded: $0.00. Signed on 7/23/2010. (Williams, Daphne)

Order Granting Application For Compensation (Related Doc # [40]). Deborah K. Ebner, fees awarded: $1,412.50, expenses awarded: $0.00. Signed on 7/23/2010. (Williams, Daphne)

Order Granting Application For Compensation (Related Doc # [39]). Deborah Kanner Ebner, fees awarded: $9,745.18, expenses awarded: $24.00. Signed on 7/23/2010. (Williams, Daphne)

Trustee sold real estate in Midland, TX

**Initial Projected Date Of Final Report (TFR):**      December 31, 2015        **Current Projected Date Of Final Report (TFR):**      June 15, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-05612 |
| Case Name: | RODRIGUEZ, MARCOS |
| | RODRIGUEZ, BEATRIZ |
| Taxpayer ID #: | **-***3109 |
| Period Ending: | 09/30/10 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****00-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/09/10 | | West Texas Abstract & TItle | Gross Sale PRoceeds $129,900.00 - see report of sale | | | 48,345.20 | | 48,345.20 |
| | {2} | | Contract sale price | 129,900.00 | 1110-000 | | | 48,345.20 |
| | | Victoria Printz Team Raltors | Real Estate Brokers fees | -3,897.00 | 3510-000 | | | 48,345.20 |
| | | The Real Estate Banch | Real Estae Broker Fees | -3,897.00 | 3510-000 | | | 48,345.20 |
| | | West Texas Abstract & Title Co. | Title charge | -200.00 | 2500-000 | | | 48,345.20 |
| | | Law Office of G. Lance Holland PC | Totle charges | -175.00 | 2500-000 | | | 48,345.20 |
| | | Ad Valorem Tax Service | Tax Certificate | -25.00 | 2500-000 | | | 48,345.20 |
| | | West Texas Abstract & Title | Recording fee | -40.00 | 2500-000 | | | 48,345.20 |
| | | Allied Home Warranty | Home Warranty | -350.00 | 2500-000 | | | 48,345.20 |
| | | Reyes Roofing | Roof replacement | -7,466.00 | 2500-000 | | | 48,345.20 |
| | | Chase Manhattan MTG | First mortgage | -63,729.07 | 4110-000 | | | 48,345.20 |
| | | Option fee | Option fee | -200.00 | 2500-000 | | | 48,345.20 |
| | | OTP Guaranty | OTP Guaranty | -5.00 | 2500-000 | | | 48,345.20 |
| | | Portion of Owners Policy | Portion of Owners Policy | -1,003.00 | 2500-000 | | | 48,345.20 |
| | | City Property taxes | City Property taxes | -512.43 | 2500-000 | | | 48,345.20 |
| | | County Property taxes | County Property taxes | -55.30 | 2500-000 | | | 48,345.20 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.44 | | 48,346.64 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 1.24 | | 48,347.88 |
| 04/20/10 | | Wire out to BNYM account 9200******0065 | Wire out to BNYM account 9200******0065 | | 9999-000 | -48,347.88 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -48,347.88 | 0.00 | |
| **Subtotal** | 48,347.88 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$48,347.88** | **$0.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-05612
**Case Name:** RODRIGUEZ, MARCOS
RODRIGUEZ, BEATRIZ
**Taxpayer ID #:** **-***3109
**Period Ending:** 09/30/10

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******00-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******0065 | Wire in from JPMorgan Chase Bank, N.A. account *******0065 | 9999-000 | 48,347.88 | | 48,347.88 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.01 | | 48,348.89 |
| 05/13/10 | 11001 | Illinois Department of Revenue | Ref # MARCOS RODRIGUEZ | 2690-000 | | 104.00 | 48,244.89 |
| 05/13/10 | 11002 | Illinois Department of Revenue | Ref # MARCOS RODRIGUEZ/ BEATRIZ RODRIGUEZ | 2690-000 | | 104.00 | 48,140.89 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.87 | | 48,143.76 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.77 | | 48,146.53 |
| 07/23/10 | Int | The Bank of New York Mellon | | 1270-000 | 0.00 | | 48,146.53 |
| 07/23/10 | | To Account #9200******0066 | | 9999-000 | | 48,146.53 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 48,354.53 | 48,354.53 | **$0.00** |
| Less: Bank Transfers | 48,347.88 | 48,146.53 | |
| **Subtotal** | **6.65** | **208.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6.65** | **$208.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 09-05612 | | Trustee: | DEBORAH K. EBNER (330480) |
| Case Name: | RODRIGUEZ, MARCOS | | Bank Name: | The Bank of New York Mellon |
| | RODRIGUEZ, BEATRIZ | | Account: | 9200-******00-66 - Checking Account |
| Taxpayer ID #: | **-***3109 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/30/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/10 | | From Account #9200******0065 | | 9999-000 | 48,146.53 | | 48,146.53 |
| 07/23/10 | 101 | Lois West | Dividend paid 100.00% on $1,483.50, Accountant for Trustee Fees (Other Firm); Reference: ADMIN | 3410-000 | | 1,483.50 | 46,663.03 |
| 07/23/10 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $9,745.18, Trustee Compensation;  Reference: | 2100-000 | | 9,745.18 | 36,917.85 |
| 07/23/10 | 103 | DEBORAH K. EBNER | Dividend paid 100.00% on $24.00, Trustee Expenses;  Reference: | 2200-000 | | 24.00 | 36,893.85 |
| 07/23/10 | 104 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $1,412.50, Attorney for Trustee Fees (Trustee Firm);  Reference: ATTORNEY FOR TRUSTEE | 3110-000 | | 1,412.50 | 35,481.35 |
| 07/23/10 | 105 | DISCOVER BANK | Dividend paid  33.35% on $6,501.45; Claim# 1; Filed: $6,501.45; Reference: 5279 | 7100-000 | | 2,168.35 | 33,313.00 |
| 07/23/10 | 106 | Chase Bank USA NA | Dividend paid  33.35% on $1,580.53; Claim# 9; Filed: $1,580.53; Reference: 0502 | 7100-000 | | 527.14 | 32,785.86 |
| 07/23/10 | 107 | Chase Bank USA, N.A. | Dividend paid  33.35% on $822.37; Claim# 13; Filed: $822.37; Reference: 2932 | 7100-000 | | 274.28 | 32,511.58 |
| 07/23/10 | 108 | GE Money Bank dba SYMS/GEMB | Dividend paid  33.35% on $619.42; Claim# 14; Filed: $619.42; Reference: 7281 | 7100-000 | | 206.59 | 32,304.99 |
| 07/23/10 | 109 | GE Money Bank dba BANANA REPUBLIC | Dividend paid  33.35% on $196.45; Claim# 15; Filed: $196.45; Reference: 9788 | 7100-000 | | 65.52 | 32,239.47 |
| 07/23/10 | 110 | GE Money Bank dba MEIJER | Dividend paid  33.35% on $131.06; Claim# 16; Filed: $131.06; Reference: 9613 | 7100-000 | | 43.71 | 32,195.76 |
| 07/23/10 | 111 | GE Money Bank dba AMERICAN EAGLE | Dividend paid  33.35% on $286.21; Claim# 17; Filed: $286.21; Reference: 8902 | 7100-000 | | 95.46 | 32,100.30 |
| 07/23/10 | 112 | GE Money Bank dba SAM'S CLUB | Dividend paid  33.35% on $918.95; Claim# 18; Filed: $918.95; Reference: 2062 | 7100-000 | | 306.49 | 31,793.81 |
| 07/23/10 | 113 | GE Money Bank dba GAP | Dividend paid  33.35% on $382.97; Claim# 19; Filed: $382.97; Reference: 1077 | 7100-000 | | 127.73 | 31,666.08 |
| 07/23/10 | 114 | Fia Card Services/American Infosource Lp as its agent | Dividend paid  33.35% on $6,712.74; Claim# 21; Filed: $6,712.74; Reference: 5486 | 7100-000 | | 2,238.82 | 29,427.26 |
| 07/23/10 | 115 | Chase Bank USA, N.A. | Combined Check for Claims#10,11,12 | | | 6,162.92 | 23,264.34 |
| | | | Dividend paid 33.35%    1,445.51 on $4,334.12;  Claim# 10; Filed: $4,334.12; Reference: 7039 | 7100-000 | | | 23,264.34 |
| | | | Dividend paid 33.35%    887.07 on $2,659.74;  Claim# 11; Filed: $2,659.74; | 7100-000 | | | 23,264.34 |

| | | | Subtotals : | $48,146.53 | $24,882.19 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-05612 |
| **Case Name:** | RODRIGUEZ, MARCOS |
| | RODRIGUEZ, BEATRIZ |
| **Taxpayer ID #:** | **-***3109 |
| **Period Ending:** | 09/30/10 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******00-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Reference: 8040 | | | | |
| | | | Dividend paid 33.35% on $11,484.67; Claim# 12; Filed: $11,484.67; Reference: 5332 | 3,830.34 | 7100-000 | | | 23,264.34 |
| 07/23/10 | 116 | Fia Card Services,/American Infosource Lp As its agent | Combined Check for Claims#20,22 | | | 7,735.91 | 15,528.43 |
| | | | Dividend paid 33.35% on $18,418.30; Claim# 20; Filed: $18,418.30; Reference: 5325 | 6,142.83 | 7100-000 | | | 15,528.43 |
| | | | Dividend paid 33.35% on $4,776.60; Claim# 22; Filed: $4,776.60; Reference: 1831 | 1,593.08 | 7100-000 | | | 15,528.43 |
| 07/23/10 | 117 | PYOD LLC for Citibank | Combined Check for Claims#2,3,4,5,6,7,8 | | | 15,528.43 | 0.00 |
| | | | Dividend paid 33.35% on $593.39; Claim# 2; Filed: $593.39; Reference: 6782 | 197.91 | 7100-000 | | | 0.00 |
| | | | Dividend paid 33.35% on $3,702.95; Claim# 3; Filed: $3,702.95; Reference: 8897 | 1,235.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 33.35% on $8,826.34; Claim# 4; Filed: $8,826.34; Reference: 5101 | 2,943.74 | 7100-000 | | | 0.00 |
| | | | Dividend paid 33.35% on $3,886.34; Claim# 5; Filed: $3,886.34; Reference: 1766 | 1,296.16 | 7100-000 | | | 0.00 |
| | | | Dividend paid 33.35% on $22,408.16; Claim# 6; Filed: $22,408.16; Reference: 4856 | 7,473.52 | 7100-000 | | | 0.00 |
| | | | Dividend paid 33.35% on $6,979.32; Claim# 7; Filed: $6,979.32; Reference: 1018 | 2,327.73 | 7100-000 | | | 0.00 |
| | | | Subtotals : | | | $0.00 | $23,264.34 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-05612 |
| Case Name: | RODRIGUEZ, MARCOS |
| | RODRIGUEZ, BEATRIZ |
| Taxpayer ID #: | **-***3109 |
| Period Ending: | 09/30/10 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******00-66 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid  33.35%      54.37 on $163.03;  Claim# 8; Filed: $163.03; Reference: 2276 | 7100-000 | | | 0.00 |

| | | Receipts | Disbursements | Balances |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 48,146.53 | 48,146.53 | $0.00 |
| | Less: Bank Transfers | 48,146.53 | 0.00 | |
| | Subtotal | 0.00 | 48,146.53 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $48,146.53 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****00-65 | 48,347.88 | 0.00 | 0.00 |
| MMA # 9200-******00-65 | 6.65 | 208.00 | 0.00 |
| Checking # 9200-******00-66 | 0.00 | 48,146.53 | 0.00 |
| | $48,354.53 | $48,354.53 | $0.00 |